Forrest Shuss #114474
IMSI
PO Box 51
Boise ID 83707
*(complete mailing address)*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Forrest G. Shuss,
*(full name)*
Plaintiff,

v.

Kootenai County,
Kootenai County PA,
Judge Mitchell

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes  ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Forrest Shuss. I am a citizen of the State of Idaho, presently residing at IMSI.

PRISONER COMPLAINT - p. 1                                          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Kootenai City__ *(defendant)*, who was acting as __Court, DA, Judge__ *(job title, if a person; function, if an entity)*

   for the __Idaho, Kootenai IP, Justice System__ *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on __2014, 2015, 2017__ *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Fraudulently added cases to my conviction, demands fees on fraud case, threat of incarceration, wages attached, wrongful conviction, retaliation from these cases and appeals I started! I have stated to my atty(s) Andrea Reynolds, Tom Callery, Anne Taylor, Ed Lawton, Robert Ramus that dates were wrong, can verify to original conviction and fraud now! Judge Mitchell disregarded all State requests exaggerated on record how long "he has dealt with my mental illness, and lied on my drug possessions as well! ("LSD" Sili not meth Sch 2) — Also I witnessed officer photoshop signatures auto fraud DES

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __8th, 14th - conditions 3 confinement, 4th for discrimination and slander and physical, sexual assaults! And Due process!__

4. I allege that I suffered the following injury or damages as a result:
   Rape, extended time, retaliated threats to me and my mom, custody level, mental health lawsuit - Boy Scout litigation, prevention of my due process, theft, fraud, slander, harassment, and medical treatment.

5. I seek the following relief: __Gold Seal all cases, monetary damages, and Congress to legislate "Body Cams" on all state facility staff!__

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2 _   (Rev. 10/24/2011)

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| Ada Dist | CV01-22-06128 | Civil rights Complaint | Unknown | N |
| Boise Fed | 1:22-cv-00238 | Federal Complaint | Unknown | |
| Boise Fed | ? | Habeas Corpus | Unknown | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

To request verified court order to affirm my current "on person docs", had order protection whatever it consist. To need to hire a private investigator, have a polygraph for myself to solidify my truth in these matters.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 7-3-22 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

_____.

Executed at ___IMSI___ on __7-3-22__.
           *(Location)*          *(Date)*

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*