UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FORREST GLENN SHUNN, <br><br> Plaintiff, <br><br> v. <br><br> KOOTENAI COUNTY; KOOTENAI COUNTY P.A.; and JUDGE MITCHELL, <br><br> Defendants. | Case No. 1:22-cv-00279-BLW <br><br> **ORDER DENYING IN FORMA PAUPERIS APPLICATION** |

Plaintiff, a prisoner in the custody of the Idaho Department of Correction, has filed a Complaint and an Application to Proceed in Forma Pauperis. The documentation submitted in support of the Application, however, shows that Plaintiff has received over $8,200 in Plaintiff's prison trust account from outside sources within a six-month period.

Because most, if not all, of Plaintiff's basic needs are paid for by the State during incarceration, the Court finds that Plaintiff has had access to sufficient funds to afford the filing fee in this action. The Court notes that, even if a prisoner does not *currently* have the entire amount of the filing fee in the prisoner's trust account, that is not a sufficient reason to grant an in forma pauperis application. *See Rodriguez v. Cook*, 169 F.3d 1176, 1180 (9th Cir. 1999) (stating that the Prison

Litigation Reform Act's in forma pauperis provision requires "prisoners to be fiscally responsible and make decisions concerning the merits of their case ... *before* filing" a cause of action) (emphasis added).

For the foregoing reasons, Plaintiff's Application will be denied. Plaintiff must pay the full amount of the filing fee within 28 days if Plaintiff intends to proceed with this case.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1) is DENIED.

2. If Plaintiff does not pay the $402.00 filing fee within 28 days, this case may be dismissed without prejudice without further notice. Alternatively, Plaintiff may file a Notice of Voluntary Dismissal if Plaintiff no longer intends to pursue this case, in which case no filing fee will be due.

DATED: July 27, 2022

B. Lynn Winmill
U.S. District Court Judge