Forrest Shunn
Full Name/Prisoner Name
IDOC No. 114474
IMSP
P.O. Box 51
Boise, ID. 83707
Complete Mailing Address

U.S. COURTS

AUG 31 2022

Rcvd____ Filed____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE Federal DISTRICT COURT OF THE 1st JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF Kootenai

Forrest Shunn,
    Plaintiff/Petitioner,

vs.

Kootenai County Art, Judge,
Mitchell, D.A.
    Defendant/Respondent.

Case No. 1:22-CV-00279-BLW

AFFIDAVIT OF

Forrest Shunn

Forrest Shunn, after first being duly sworn upon his/her oath, deposes and says as follows: I received 3 fraudulent court documents on existing cases Kootenai the defendant charged me on. 2014-20620 has only been my 1st Idaho offense ever and it says "probation violation & possession." The case CR 2015-2013 is fraudulently adding "petty theft" onto my only conviction of burglary at a Walmart asking $1695.50 or warrants the 2014 demands $6,351.50

AFFIDAVIT OF Forrest Shunn - pg. 1
Revised 3/24/16

as it lost is the CR 2017-23286 conviction for grand theft on an illegal sentence by convicting me on false date of "Nov. 2016" and the master and police report and crime reported was Dec. 2016 (not even close to same time frame) so the defendants incarcerated me to 24 yrs over false information, wrongful date and the judge, court, and DA in two cases all were part of alleged criminal actions in my sentence and now lied on documents to further(perjury) so I am in 2 current lawsuits in federal court for habeas corpus and fraud that I lost freedom, wages, and now had a rape, theft, and fraud be conducted due to transferers lies, and fraud that had me serve 4 yrs now in prison to be injured!

Further your affiant sayeth naught.

DATED This 27 day of August, 20 22

_____
Signature

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 8-27-22

Forrest Shaw
Typed/Printed

_____
Signature

AFFIDAVIT OF Forrest Shaw - pg. 2
Revised 3/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 27th day of August 20 22, I mailed a true and correct copy of the AFFIDAVIT Forrest Shaw via prison mail system for processing to the U.S. mail system to:

U.S. Dist Court of Idaho
6450 Mineral Dr
Coeur d'Alene, ID 83815

_____
Signature

AFFIDAVIT OF _____ - pg. _____
Revised 3/24/16